## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

In Re:  MICHAEL JOHN NICHOLS                           Case No.:   06-02369-8-JRL
        JANEE CAROL NICHOLS

### REPORT OF UNCLAIMED DIVIDEND

    The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

    1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *META BANK/REWARDS 660*<br>*PO BOXC 89210*<br>*SIOUX FALLS, SD 57109* | $54.13 |

    2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  December 2, 2009

                                         /S/ RICHARD M. STEARNS
                                         RICHARD M. STEARNS
                                         Chapter 13 Trustee
                                         Post Office Box 2218
                                         Kinston, North Carolina 28502
                                         Phone:  (252) 523-2295